# Exhibit A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 20 Franklin Square, New Britain, CT 06051 | ( 860 )515-5080 | September 13, 2022 |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) **New Britain** | Case type code *(See list on page 2)* Major: **M**  Minor: **90** |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | Juris number *(to be entered by attorney only)* 419987 |
|---|---|

| Telephone number *(with area code)* ( 860 ) 296-3457 | Signature of Plaintiff *(If self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☒ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* rcesario@cicchielloesq.com |
|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: Evan Chace  Address: 163 Country Club Road, New Britain, CT, 06053 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: The American Automobile Association, Inc.  Address: 1000 AAA Drive, Heathrow, FL, 32746 | D-01 |
| Additional Defendant | Name: Agent: CT Corporation System  Address: 67 Burnside Avenue, East Hartford, CT 06108-3408 | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* Ryan Cesario | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Ryan J. Cesario | Date signed 08/16/2022 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: SEPTEMBER 13, 2022     :     SUPERIOR COURT

                                          :

EVAN CHACE                            :     JUDICIAL DISTRICT

                                          :

V.                                        :     OF NEW BRITAIN

                                          :

THE AMERICAN AUTOMOBILE         :

ASSOCIATION, INC.                         :     AUGUST 16, 2022

## COMPLAINT

**FIRST COUNT:**     **Common Law Wrongful Discharge**

      1.      At all times set forth herein, the Plaintiff, Evan Chace, was a resident of New Britain, Connecticut.

      2.      At all times set forth herein, the Defendant, The American Automobile Association, Inc., was a Connecticut corporation, with a business address of 1000 AAA Drive, Heathrow, Florida, 32746 and has a Connecticut location at 123 Costello Road, Newington, Connecticut, 06111.

      3.      At all times set forth herein, Plaintiff was employed by the Defendant at the aforesaid Connecticut business location as a Battery Truck Driver.

      4.      At all times set forth herein, the Defendant owed its employees, including the Plaintiff, a duty pursuant to Conn. Gen. Stat. § 31-49, to exercise reasonable care to provide employees with a reasonably safe place in which to work, reasonably safe appliances and instrumentalities for his work, and fit and competent persons as his co-laborers.

      5.      In or around January 2022, the fleet manager, Glenn Chamberlain, began threatening to kill the Plaintiff on a regular basis.

      6.      Following these threats, Plaintiff reported Glenn's conduct to the Defendant human resources department.

7.    Despite this report, nothing was done, and Plaintiff continued to be subjected to threatening behavior by Glenn.

8.    Following Plaintiff's report, he received a written warning for "unacceptable attendance" which was false and created to establish pretext.

9.    Thereafter, Plaintiff was terminated on July 15, 2022, because of the written warning he had received.

10.   The Defendant, through the foregoing conduct, failed to provide Plaintiff with a safe place to work as required by Conn. Gen. Stat. § 31-49.

11.   Defendant wrongfully discharged Plaintiff after Plaintiff complained internally complained about unsafe working conditions and expressed concerns about working under the same.

12.   The aforementioned conduct by the Defendant constitutes a wrongful termination of Plaintiff's employment in violation of the public policy articulated in Conn. Gen. Stat. § 31-49.

13.   As a result of the Defendant's actions, the Plaintiff has suffered a loss of compensation, including lost wages and lost employment benefits.

14.   As a further result of the Defendant's actions, the Plaintiff has suffered emotional distress.

| RETURN DATE: SEPTEMBER 13, 2022 | : | SUPERIOR COURT |
|---|---|---|
| | : | |
| EVAN CHACE | : | JUDICIAL DISTRICT |
| | : | |
| V. | : | OF NEW BRITAIN |
| | : | |
| THE AMERICAN AUTOMOBILE | : | |
| ASSOCIATION, INC. | : | AUGUST 16, 2022 |

**WHEREFORE,** the Plaintiff prays for the following relief:

1. Monetary damages;

2. Front pay or reinstatement;

3. Such other relief as is allowable by law.

THE PLAINTIFF,
EVAN CHACE

By: *Ryan Cesario*

Ryan J. Cesario, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: rcesario@cicchielloesq.com

| | | |
|---|---|---|
| RETURN DATE: SEPTEMBER 13, 2022 | : | SUPERIOR COURT |
| | : | |
| EVAN CHACE | : | JUDICIAL DISTRICT |
| | : | |
| V. | : | OF NEW BRITAIN |
| | : | |
| THE AMERICAN AUTOMOBILE | : | |
| ASSOCIATION, INC. | : | AUGUST 16, 2022 |

<u>STATEMENT OF AMOUNT IN DEMAND</u>

The Plaintiff claims the amount in demand in excess of $15,000.00 exclusive of interest and

costs.

THE PLAINTIFF,
EVAN CHACE

By: _Ryan Cesario_

Ryan J. Cesario, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: rcesario@cicchielloesq.com

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
|---|
| **Sep-13-2022** |
| Docket Number |
| **HHB-CV-22-6074679-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)*  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut

**CHACE, EVAN  v. THE AMERICAN AUTOMOBILE ASSOCIATION, INC.**

| Housing Session | Judicial District [x] | Geographic Area | Address of court *(Number, street, town and zip code)*  **20 FRANKLIN SQUARE NEW BRITAIN, CT 06051** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)*  **OGLETREE DEAKINS NASH SMOAK & STEWART P.** | Juris number *(For attorney/law firm)*  **433628** |
|---|---|

| Mailing address  **281 TRESSER BOULEVARD 6TH FLOOR** | Post Office box number | Telephone number *(Area code first)*  **203-969-3102** |
|---|---|---|

| City/town  **STAMFORD** | State  **CT** | Zip code  **06901** | Fax number | E-mail address  **william.ruggiero@ogletree.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:

**DEFENDANT**
[x] The Defendant.
☐ All Defendants.
☐ The following Defendant(s) only:

[x] **Other** *(Specify):*  **Defendant, AAA Club Alliance Inc.**

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender or ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                                    *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
                                                        *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)**  [x] Yes   ☐ No

| Signed *(Individual attorney or self-represented party)*  **432985** | Name of person signing at left *(Print or type)*  **WILLIAM CARL RUGGIERO** | Date signed  **Sep 22 2022** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ____**Sep 22 2022**____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**CICCHIELLO & CICCHIELLO LLP - 364 FRANKLIN AVENUE/HARTFORD, CT 06114**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed  *(Signature of filer)*  **432985** | Print or type name of person signing  **WILLIAM CARL RUGGIERO** | Date signed  **Sep 22 2022** |
|---|---|---|

STATE OF CONNECTICUT:
                    : ss: EAST HARTFORD      AUGUST 22, 2022
COUNTY OF HARTFORD  :

        Then and by virtue hereof, and by direction of the Plaintiff, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of GARY SCAPPINI, MANAGER OF CT CORPORATION SYSTEM, 67 BURNSIDE AVE, AGENT FOR SERVICE and duly authorized to accept service for the within named defendant **THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,** in the town of EAST HARTFORD, County of Hartford.

State of Connecticut
County of Hartford
Department of Administrative Services

       The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

| | |
|---|---|
| Verified pages | $ 6.00 |
| Endorsements | 1.60 |
| Service | 40.00 |
| Travel | .62 |
| | ----------- |
| Total | $ 48.22 |

ATTEST

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295

| DOCKET NO.: HHB-CV22-6074679-S | : | SUPERIOR COURT |
|---|---|---|
| | : | |
| EVAN CHACE | : | JUDICIAL DISTRICT |
| | : | |
| V. | : | OF NEW BRITAIN |
| | : | |
| THE AMERICAN AUTOMOBILE | : | |
| ASSOCIATION, INC. | : | AUGUST 24, 2022 |

## MOTION TO CITE ADDITIONAL PARTY

Plaintiff, Evan Chace, pursuant to Practice Book § 9-22, hereby moves for leave to cite in the following entity as an additional party defendant in the above-captioned matter, as, based upon information and belief, inclusive of the undersigned's ongoing communications with counsel for Defendant, The American Automobile Association, Inc. such entity is a proper party to this Action: **"AAA CLUB ALLIANCE, INC."** Upon information and belief, the foregoing entity, AAA Club Alliance, Inc. is the Plaintiff's former employer and the proper Defendant to this claim.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests permission to file an Amended Complaint in this matter to state facts showing the interest of "AAA CLUB ALLIANCE, INC." as a party defendant in this matter, and that it be summoned to appear herein as a Defendant.

PLAINTIFF,
EVAN CHACE

BY: Ryan Cesario
Ryan J. Cesario
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Email: rcesario@cicchielloesq.com

## **CERTIFICATION**

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on August 24, 2022, to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Christina Saveriano, Esq.
Assistant General Counsel
AAA Club Alliance Inc.
1 River Place
Wilmington, DE 19801
Email: csaveriano@aaamidatlantic.com

By: _Ryan Cesario_____
Ryan J. Cesario, Esq.
Commissioner of the Superior Court

DOCKET NO.: HHB-CV22-6074679-S     :     SUPERIOR COURT

EVAN CHACE     :     JUDICIAL DISTRICT

    : 

V.     :     OF NEW BRITAIN

    : 

AAA CLUB ALLIANCE INC.     :     AUGUST 24, 2022

## PROPOSED AMENDED COMPLAINT

**FIRST COUNT:**     **Common Law Wrongful Discharge**

1.    At all times set forth herein, the Plaintiff, Evan Chace, was a resident of New Britain, Connecticut.

2.    At all times set forth herein, the Defendant, AAA Club Alliance Inc., was a Delaware corporation, with a business address of 1 River place, Wilmington, DE, 19801 and has a Connecticut location at 123 Costello Road, Newington, Connecticut, 06111.

3.    At all times set forth herein, Plaintiff was employed by the Defendant at the aforesaid Connecticut business location as a Battery Truck Driver.

4.    At all times set forth herein, the Defendant owed its employees, including the Plaintiff, a duty pursuant to Conn. Gen. Stat. § 31-49, to exercise reasonable care to provide employees with a reasonably safe place in which to work, reasonably safe appliances and instrumentalities for his work, and fit and competent persons as his co-laborers.

5.    In or around January 2022, the fleet manager, Glenn Chamberlain, began threatening to kill the Plaintiff on a regular basis.

6.    Following these threats, Plaintiff reported Glenn's conduct to the Defendant human resources department.

7.    Despite this report, nothing was done, and Plaintiff continued to be subjected to threatening behavior by Glenn.

8.     Following Plaintiff's report, he received a written warning for "unacceptable attendance" which was false and created to establish pretext.

9.     Thereafter, Plaintiff was terminated on July 15, 2022, because of the written warning he had received.

10.     The Defendant, through the foregoing conduct, failed to provide Plaintiff with a safe place to work as required by Conn. Gen. Stat. § 31-49.

11.     Defendant wrongfully discharged Plaintiff after Plaintiff complained internally complained about unsafe working conditions and expressed concerns about working under the same.

12.     The aforementioned conduct by the Defendant constitutes a wrongful termination of Plaintiff's employment in violation of the public policy articulated in Conn. Gen. Stat. § 31-49.

13.     As a result of the Defendant's actions, the Plaintiff has suffered a loss of compensation, including lost wages and lost employment benefits.

14.     As a further result of the Defendant's actions, the Plaintiff has suffered emotional distress.

| DOCKET NO.: HHB-CV22-6074679-S | : | SUPERIOR COURT |
| | : | |
| EVAN CHACE | : | JUDICIAL DISTRICT |
| | : | |
| V. | : | OF NEW BRITAIN |
| | : | |
| AAA CLUB ALLIANCE INC. | : | AUGUST 24, 2022 |

**WHEREFORE,** the Plaintiff prays for the following relief:

1.    Monetary damages;

2.     Front pay or reinstatement;

3.    Such other relief as is allowable by law.

THE PLAINTIFF,
EVAN CHACE

By: _Ryan Cesario_____

Ryan J. Cesario, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: rcesario@cicchielloesq.com