| | | |
|---|---|---|
| DOCKET NO.: HHB-CV22-6074679-S | : | SUPERIOR COURT |
| EVAN CHACE | : | JUDICIAL DISTRICT |
| V. | : | OF NEW BRITAIN |
| AAA CLUB ALLIANCE INC. | : | AUGUST 24, 2022 |

## PROPOSED AMENDED COMPLAINT

**FIRST COUNT:**     Common Law Wrongful Discharge

1. At all times set forth herein, the Plaintiff, Evan Chace, was a resident of New Britain, Connecticut.

2. At all times set forth herein, the Defendant, AAA Club Alliance Inc., was a Delaware corporation, with a business address of 1 River place, Wilmington, DE, 19801 and has a Connecticut location at 123 Costello Road, Newington, Connecticut, 06111.

3. At all times set forth herein, Plaintiff was employed by the Defendant at the aforesaid Connecticut business location as a Battery Truck Driver.

4. At all times set forth herein, the Defendant owed its employees, including the Plaintiff, a duty pursuant to Conn. Gen. Stat. § 31-49, to exercise reasonable care to provide employees with a reasonably safe place in which to work, reasonably safe appliances and instrumentalities for his work, and fit and competent persons as his co-laborers.

5. In or around January 2022, the fleet manager, Glenn Chamberlain, began threatening to kill the Plaintiff on a regular basis.

6. Following these threats, Plaintiff reported Glenn's conduct to the Defendant human resources department.

7. Despite this report, nothing was done, and Plaintiff continued to be subjected to threatening behavior by Glenn.

8. Following Plaintiff's report, he received a written warning for "unacceptable attendance" which was false and created to establish pretext.

9. Thereafter, Plaintiff was terminated on July 15, 2022, because of the written warning he had received.

10. The Defendant, through the foregoing conduct, failed to provide Plaintiff with a safe place to work as required by Conn. Gen. Stat. § 31-49.

11. Defendant wrongfully discharged Plaintiff after Plaintiff complained internally complained about unsafe working conditions and expressed concerns about working under the same.

12. The aforementioned conduct by the Defendant constitutes a wrongful termination of Plaintiff's employment in violation of the public policy articulated in Conn. Gen. Stat. § 31-49.

13. As a result of the Defendant's actions, the Plaintiff has suffered a loss of compensation, including lost wages and lost employment benefits.

14. As a further result of the Defendant's actions, the Plaintiff has suffered emotional distress.

| | | |
|---|---|---|
| DOCKET NO.: HHB-CV22-6074679-S | : | SUPERIOR COURT |
| | : | |
| EVAN CHACE | : | JUDICIAL DISTRICT |
| | : | |
| V. | : | OF NEW BRITAIN |
| | : | |
| AAA CLUB ALLIANCE INC. | : | AUGUST 24, 2022 |

WHEREFORE, the Plaintiff prays for the following relief:

1. Monetary damages;

2. Front pay or reinstatement;

3. Such other relief as is allowable by law.

                                                  THE PLAINTIFF,
                                                  EVAN CHACE

By: _/s/ Ryan Cesario_
Ryan J. Cesario, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: rcesario@cicchielloesq.com